| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00340-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JURY TRIAL |
| v. | |
| SPENCER MEINDERSEE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and John F. Garland, attorney for the defendant, that the trial set for June 13, 2017 at 8:30 am before the Honorable Dale A. Drozd be continued to August 8, 2017 at 8:30 a.m. The reason for the request is because the defense needs additional time to prepare, in part because of multiple complex filings that are coming due within the next few weeks. Additionally, the government is providing transcripts of certain interviews that will not be completed in total until around May 29, 2016, and while defense has the recordings, defense would like additional time to review the transcripts. The defense is also further investigating information to present to the government in an effort to encourage an alternate disposition of the matter.

///

///

///

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through August 8, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 22, 2017                    Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                   United States Attorney

                                     By    /s/ Kimberly A. Sanchez
                                               KIMBERLY A. SANCHEZ
                                               Assistant U.S. Attorney

Dated: May 22, 2017                    /s/ John F. Garland
                                                   JOHN F. GARLAND
                                                 Attorney for Defendant

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to Spencer Meindersee currently set for May 30, 2017, is continued to **July 24, 2017**, at 10:00am. The jury trial currently set for June 13, 2017, is continued to **August 8, 2017,** at 8:30am. The time period between June 13, 2017 and August 8, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 23, 2017**                                   _____
                                                                        UNITED STATES DISTRICT JUDGE