1 | PHILLIP A. TALBERT
  | United States Attorney
2 | KIMBERLY A. SANCHEZ
  | Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
  | Fresno, CA 93721
4 | Telephone: (559) 497-4000
  | Facsimile: (559) 497-4099
5 | Attorneys for Plaintiff
  | United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00340-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL |
| v. | |
| SPENCER MEINDERSEE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and John F. Garland, attorney for the defendant, that the trial set for August 29, 2017 at 8:30 am before the Honorable Dale A. Drozd be continued to October 31, 2017 at 8:30 a.m. On July 24, 2017, the parties appeared in court for a trial confirmation. Defense requested additional time to have the government download data from a cell phone in evidence and supply it to defense,[1] and also was still seeking witnesses to interview who could not be located. Undersigned counsel believed we were going to confirm for trial, had not considered new dates for a continuance, and forgot that she was scheduled to speak at an out of town conference on August 29, 2017.[2] Additionally, a main witness is scheduled to speak at the same conference and will not be back until mid to late afternoon on August 30, 2017. After learning the available dates for the Court and coordinating with defense counsel, all parties are

---

[1] Defense requested the download shortly prior to June 24, 2017. Undersigned counsel was out of the office for the majority of time between June 24 and July 13, 2017 on a mix of personal and business travel, and forgot to request the download from agents. The government provided the requested evidence to defense counsel on July 26, 2017.

[2] Undersigned counsel lost her calendar and was in the process of reconstructing it.

available for an October 31, 2017 trial.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through October 31, 2017 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: July 28, 2017    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: July 28, 2017    /s/ John F. Garland
JOHN F. GARLAND
Attorney for Defendant

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to Spencer Meindersee currently set for August 21, 2017, is continued to **October 16, 2017, at 10:00am.** The jury trial currently set for August 29, 2017, is continued to **October 31, 2017, at 8:30am.** The time period between August 29, 2017 and October 31, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) (failure to grant continuance would result in a miscarriage of justice) and (iv) (in order to provide defense counsel reasonable and necessary time to prepare), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **July 31, 2017**   _____
UNITED STATES DISTRICT JUDGE