PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>SPENCER MEINDERSEE,<br><br>                      Defendant. | No. 1:15-CR-00340-DAD-BAM<br><br>AMENDED FINAL ORDER OF FORFEITURE<br><br>(Doc. 42) |

WHEREAS, on October 10, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Spencer Meindersee in the following property:

1. Ruger Security Six .357 caliber revolver,

2. Glock GMBH .45 caliber pistol, and

3. All ammunition seized in this case.

AND WHEREAS, beginning on October 12, 2017, for at least 30 consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that the United States sent direct written notice to Maria Meindersee;

AND WHEREAS, on February 1, 2018, Maria Meindersee filed a Verified Petition for Ancillary Hearing to Adjudicate Interest in Property Subject to Forfeiture;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. An Amended Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Spencer Meindersee:

    a. Ruger Security Six .357 caliber revolver, and

    b. All ammunition seized in this case.

2. Upon entry of this Amended Final Order of Forfeiture, but no later than 45 days thereafter, the Glock GMBH .45 caliber pistol, shall be returned to petitioner Maria Meindersee, 5238 W. Garland Avenue, Fresno, CA 93722, (559) 412-9933.

3. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

4. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **February 20, 2018**

                                              UNITED STATES DISTRICT JUDGE